# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TIFFANY FLORIST, INC., a Michigan corporation, individually and as the representative of a class of similarly-situated persons, | )<br>)<br>)<br>) |
| Plaintiff, | )  Civil Action No. 2:17-cv-10551-RHC-APP |
| v. | ) |
| | )  **CLASS ACTION** |
| CITIZENS FINANCIAL GROUP, INC., a Delaware corporation, its subsidiary CITIZENS BANK, N.A., and JOHN DOES 1-5, | )<br>)<br>)<br>) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff, TIFFANY FLORIST, INC., and Defendants, CITIZENS FINANCIAL GROUP, INC. and CITIZENS BANK, N.A., through their undersigned attorneys, hereby stipulate to the dismissal of this action with prejudice and without costs to any Party. The putative class allagations are hereby dismissed without prejudice.

Dated: September 26, 2017

| | |
|---|---|
| s/Brian J. Wanca | s/W. Kyle Tayman   (with permission) |
| Brian J. Wanca | W. Kyle Tayman |
| Ryan M. Kelly | Brooks R. Brown |
| ANDERSON + WANCA | GOODWIN PROCTER LLP |
| 3701 Algonquin Rd., Suite 500 | 901 New York Avenue, N.W. |
| Rolling Meadows, IL 60008 | Washington, DC  20001 |
| Telephone:  847-368-1500 | Telephone:  202-346-4000 |

Fax:  847-368-1501  
bwanca@andersonwanca.com  
rkelly@andersonwanca.com  

Fax:  202-346-4444  
BBrown@goodwinlaw.com  
KTayman@goodwinlaw.com  

Jason J. Thompson  
SOMMERS SCHWARTZ, P.C.  
One Towne Square, Suite 1700  
Southfield, MI  48076  
Telephone:  248-355-033  
Jthompson@sommerspc.com  

Jeffrey M. Thomson  
MORGANROTH & MORGANROTH, PLLC  
344 North Old Woodward Ave., Suite 200  
Birmingham, MI  48009  
Telephone:  248-864-4000  
jthomson@morganrothlaw.com  

*Attorneys for Plaintiff*

*Attorneys for Defendants*

IT IS SO ORDERED

  S/Robert H. Cleland  
ROBERT H. CLELAND  
UNITED STATES DISTRICT JUDGE

Dated:  September 29, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, September 29, 2017, by electronic and/or ordinary mail.

  S/Lisa Wagner  
Case Manager and Deputy Clerk  
(810) 292-6522